# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Tommie Jones | ) |
| | ) Case No: 4:06CR127  HEA |
| | ) USM No: 32823-044 |
| Date of Original Judgment: 11/03/2006 | ) |
| Date of Previous Amended Judgment: 06/06/2008 | ) Lee T. Lawless |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   11/16/2011          _____
                                  *Judge's signature*

Effective Date: _____          Henry Edward Autrey, U.S. District Judge
   *(if different from order date)*              *Printed name and title*